**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT DEREK LURCH, JR., <br><br> Plaintiff, <br><br> v. <br><br> POLICE OFFICER DANIEL BERNAL, *et al.*, <br><br> Defendants. | Civil Action No. 22-1506 (SDW) (SDA) <br><br> **WHEREAS OPINION AND ORDER** <br><br> August 22, 2024 |

**WIGENTON**, District Judge.

     **THIS MATTER** having come before this Court upon *pro se* Plaintiff Robert Derek Lurch, Jr.'s ("Plaintiff") Motion for Default Judgment or to Compel Defendants to Answer Plaintiff's Complaint (D.E. 42 ("Motion")); and

     **WHEREAS** Plaintiff has not effected service of the Amended Complaint upon Defendants Dr. Ariel Sena and R.N. Robson Roblett (the "New Defendants"); and

     **WHEREAS** this Court previously ordered that Plaintiff be permitted to effect service upon the New Defendants using the USM-285 form (D.E. 34); and

     **WHEREAS** Plaintiff requested assistance with obtaining the service addresses for the New Defendants (D.E. 36); and

     **WHEREAS** Plaintiff's request was denied as moot (D.E. 40) given that Plaintiff included service addresses for the New Defendants in the Amended Complaint (D.E. 39); therefore

     **IT IS**, on this 22nd day of August 2024,

**ORDERED** that the Clerk of Court shall send Plaintiff sufficient copies of the USM-285 forms to obtain service of the Amended Complaint on the New Defendants; and it is further

**ORDERED** that Plaintiff shall have thirty (30) days within the entry of this Order to complete and return the USM-285 forms with the New Defendants' addresses to the Clerk of Court, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101; and it is further

**ORDERED** that upon receipt of the completed forms by the Clerk of the Court, the Clerk shall issue summons, and a United States Marshal shall serve a copy of the amended complaint (D.E. 39), summons, and this Order upon Defendants Dr. Ariel Sena and R.N. Robson Roblett, pursuant to 28 U.S.C. § 1915(d), with all costs of service advanced by the United States; and it is further

**ORDERED** that Defendants Dr. Ariel Sena and R.N. Robson Roblett shall file and serve a responsive pleading within the time specified in Federal Rule of Civil Procedure 12, pursuant to 42 U.S.C. § 1997e(g)(2); and it is further

**ORDERED** that the Clerk of Court shall administratively terminate Plaintiff's Motion and shall serve a copy of this Order on Plaintiff by regular mail.

**SO ORDERED.**

                                                            /s/ Susan D. Wigenton
                                      **SUSAN D. WIGENTON, U.S.D.J.**

Orig: Clerk
cc:    Parties
       Stacey D. Adams, U.S.M.J.